# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JOHN GERARD QUINN, § | |
| Plaintiff, § | |
| v. § | |
| § | CASE NO. 4:09CV166 |
| JESUS DAMIAN GUERRERO, et al., § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER LIFTING STAY

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 11, 2014, the report of the Magistrate Judge was entered recommending that, the criminal proceedings against Plaintiff having been completed, the stay entered in this matter on February 23, 2010 be lifted and the case proceed.

Having received the report of the United States Magistrate Judge, the parties having waived their right to object, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, the stay entered in this matter on February 23, 2010 is hereby lifted and the case shall proceed.

**IT IS SO ORDERED.**

**SIGNED this the 11th day of April, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE